LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-0212 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE: GOVERNMENT'S RULE |
| | ) | 404(b) FINANCIAL MOTIVE |
| v. | ) | EVIDENCE |
| | ) | |
| SUKHRAJ DHALIWAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Having considered the government's notice of its intention to introduce Rule 404(b) evidence of defendant Sukhraj Dhaliwal's financial indebtedness and financial motive to enter a drug conspiracy, and having considered the argument of counsel on June 5, 2009,

IT IS THE ORDER OF THE COURT that such evidence is admissible for the reasons stated in open court.

IT IS SO ORDERED.

**Dated:   June 11, 2009**                          **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE