CARL M. FALLER    SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
Fax – 559-734-0867
carl.faller@fallerdefense.com

Attorney for Defendant Sukhraj Dhaliwal

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , ) | 1:08-cr-00212OWW |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO EXTEND TIME FOR FILING |
| vs. ) | OF MOTION FOR NEW TRIAL AND FOR |
| ) | DIRECTED VERDICT OF ACQUITTAL |
| SUKHRAJ DHALIWAL, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

TO: THIS HONORABLE COURT AND PLAINTIFF, UNITED STATES OF

AMERICA:

Defendant Sukhraj Dhaliwal, requests that the court extend the time for the filing of a

motion for new trial under Rule 33, Federal Rules of Criminal Procedure, and for setting aside

the verdict pursuant to Rule 29, Federal Rules of Criminal Procedure.  The reason for this request

is that due to the length of the trial, it is necessary for defense counsel to obtain a copy of the trial

transcript in order to identify all issues and arguments that may be relevant to these motions.

Due to defendant's current financial condition, counsel will be applying to the court for financial assistance in obtaining said transcripts.

Based on the above, it is hereby requested that the deadline for filing a motion for new trial and for setting aside the verdict of the jury be extended to August 20, 2009

DATED: July 1, 2009                    Respectfully submitted,


                                        /s/Carl M. Faller
                                        CARL M. FALLER
                                        Attorney for Defendant
                                        SUKHRAJ DHALIWAL


ORDER:

Based on the above, and good cause appearing therefore, it is hereby ordered that the deadline for filing a motion for new trial and to set aside the the guilty verdict by defendant Sukhraj Dhaliwal is extended to August 20, 2009.


DATED: 7/6/2009                         /s/ OLIVER W. WANGER
                                        OLIVER W. WANGER
                                        Senior United States District Judge