1  CARL M. FALLER   SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534
   Fax – 559-734-0867
4  carl.faller@fallerdefense.com



5

6  Attorney for Defendant Sukhraj Dhaliwal

7

8

9  UNITED STATES DISTRICT COURT

10  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )   1:08-cr-00212OWW
                                     )
13         Plaintiff,                )
                                     )  APPLICATION TO EXTEND TIME FOR
14  vs.                              )  FILING OF MOTION FOR NEW TRIAL,
                                     )  FOR DIRECTED VERDICT OF
15  SUKHRAJ DHALIWAL, ET AL.,        )  ACQUITTAL, AND FOR SENTENCING
                                     )
16         Defendants.               )
                                     )
17                                   )
                                     )
18

19  TO: THIS HONORABLE COURT AND PLAINTIFF, UNITED STATES OF

20  AMERICA:

21      Defendant Sukhraj Dhaliwal, requests that the court extend the time for the filing of a

22  motion for new trial under Rule 33, Federal Rules of Criminal Procedure, for setting aside the

23  verdict pursuant to Rule 29, Federal Rules of Criminal Procedure and for sentencing.

24

25  Defendant's sentencing is currently set for September 14, 2009. The reason for this request is

26  that the transcript of the trial has been ordered, but is not yet completed.

It is therefore requested that the date for sentencing and hearing on defendant's motions be continued until December 14, 2009, at 1:30 pm, the date now set for sentencing of codefendant Gurmeet Bisla. Further, it is requested that the filing date for defendant's motions be extended to October 19, 2009.

DATED: August 24, 2009                    Respectfully submitted,

                                        /s/Carl M. Faller
                                        CARL M. FALLER
                                        Attorney for Defendant
                                        SUKHRAJ DHALIWAL

ORDER:

Based on the above, and good cause appearing therefore, it is hereby ordered that the date for filing a motion for new trial and/or to set aside the guilty verdict, by defendant Sukhraj Dhaliwal, is extended to October 19, 2009 and that the hearing thereon and defendant's sentencing be continued until December 14, 2009 at 1:30 pm.

9-2-09

                                        OLIVER W. WANGER
                                        Senior United States District Judge