W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
TELEPHONE: (559) 442-0634
FAX: (559) 233-6947

Attorney for Defendant SUKHRAJ DHALIWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | Case No CR-08-0212 OWW |
|---|---|---|
| Plaintiffs, | ) ) ) ) ) | **EX PARTE APPLICATION FOR AN ORDER TO SEAL THE TRANSCRIPT OF THE IN CAMERA HEARING HELD ON SEPTEMBER 21, 2009 AND ORDER THEREON** |
| vs. | ) ) | |
| SUKHRAJ DHALIWAL | ) ) | |
| Defendant. | ) | |

    Defendant SUKHRAJ DHALIWAL hereby applies to this Court for an order sealing the transcripts of the in camera hearing held on September 21, 2009.  During that hearing attorney Carl Faller was relieved as counsel for Mr. Dhaliwal.  New counsel has been appointed to represent Mr. Dhaliwal and to prepare on his behalf post-trial motions for new trial and for an acquittal, and to represent him at sentencing.  Defense counsel is in the process of requesting a transcript of that September 21, 2009 proceeding.  He requests that the Court seal the transcript to prohibit any other person or party from viewing it or obtaining a copy of it other than his counsel.  There is good cause for this application in that the transcript is of an in camera

///

///

///

1 proceeding at which the government and co-defendant's were excluded.  That hearing potentially
2 dealt with attorney/client and confidential matters which should remain undisclosed to all but
3 defendant's counsel.

5 Dated:  October 8, 2009				Respectfully submitted,

7 				   /s/   W. Scott Quinlan
				W. Scott Quinlan, Attorney for Defendant
8 				SUKHRAJ DHALIWAL

11     Upon application of the defendant, and GOOD CAUSE APPEARING THEREFOR, it is
12 ordered that the transcript of the in camera hearing held on September 21, 2009 shall be sealed
13 and not be disclosed to any one other than counsel for Defendant SUKHRAJ DHALIWAL
14 pending further order of this Court.

16 IT IS SO ORDERED.
17 **Dated:    October 9, 2009**			  **/s/ Oliver W. Wanger**
				UNITED STATES DISTRICT JUDGE

28     2