W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
TELEPHONE: (559) 442-0634
FAX: (559) 233-6947

Attorney for Defendant SUKHRAJ DHALIWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SUKHRAJ DHALIWAL<br><br>                    Defendant. | Case No CR-08-0212 OWW<br><br>**APPLICATION TO EXTEND TIME FOR FILING OF MOTION FOR NEW TRIAL AND FOR DIRECTED VERDICT OF ACQUITTAL AND TO CONTINUE SENTENCING AND ORDER THEREON** |

TO THE HONORABLE OLIVER W. WANGER, JUDGE OF THE ABOVE-ENTITLED COURT, TO LAWRENCE G. BROWN, UNITED STATES ATTORNEY, AND TO KAREN A. ESCOBAR AND DEANNA L. MARTINEZ, ASSISTANT U.S. ATTORNEYS:

**NOW COMES** Defendant SUKHRAJ DHALIWAL, and respectfully requests an order from this Court extending the time for the filing of Rule 29 and Rule 33 Motions for Judgment of Acquittal and New trial from the current due date of October 19, 2009 to December 4, 2009 or such other time as the Court deems appropriate. Defendant's sentencing is currently set for December 14, 2009. Defendant requests that his sentencing be continued to February 15, 2010, or such other time as the Court shall deem appropriate.

Good cause exists for the granting of said motion in that former counsel Carl Faller was relieved as counsel by order of the court and current counsel for Mr. Dhaliwal was appointed on September 29, 2009. On October 2, 2009 defense counsel applied for investigator services to

interview potential witnesses who did not testify at Mr. Dhaliwal's trial.  Counsel did not receive Mr. Faller's file on the case until October 6, 2009.  No pre-trial motions were provided to the defense, either made by co-defendants or made or joined in by Mr. Dhaliwal.  Defendant will apparently have to copy those off of the Court's internet docket.   All trial testimony was ordered by co-defendant's attorney Mario DiSalvo on August 30, 2009.  As of this date only partial transcripts for day 8 and day 2 are available.  We are informed that the transcripts will be done tomorrow.  Defense counsel for Mr. Dhaliwal is in the process of ordering the Court's proceedings during which Mr. Faller was relieved as counsel.  It is necessary for defense counsel to obtain a copy of the trial transcript in order to identify all issues and arguments that may be relevant to these motions.

Based on the above, it is hereby requested that the deadline for filing a motion for new trial and for setting aside the verdict of the jury be extended to December 14, 2009.  It is further requested that the sentencing in this matter be continued from December 14, 2009 to February 15, 2009 or such other date as the court may deem appropriate.

Dated:    October 8, 2009                                        Respectfully submitted,

                                                                  /s/ W. Scott Quinlan
                                                                 W. Scott Quinlan, Attorney for
                                                                 Defendant, SUKHRAJ DHALIWAL

ORDER:

Based on the above, and good cause appearing therefore, it is hereby ordered that the deadline for filing a motion for new trial and to set aside the guilty verdict by Defendant Sukhraj Dhaliwal is extended to December 14, 2009. The sentencing of Defendant Sukhraj Dhaliwal is extended to February 15, 2010.

IT IS SO ORDERED.

**Dated:    October 13, 2009**                       /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE

2