W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
TELEPHONE:  (559) 442-0634
FAX: (559) 233-6947

Attorney for Defendant SUKHRAJ DHALIWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | Case No CR-08-0212 OWW |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | **EX PARTE APPLICATION FOR AN ORDER TO DISCLOSE THE SEALED TRANSCRIPT OF THE IN CAMERA HEARING HELD ON JANUARY 5, 2009 AND ORDER THEREON** |
| vs. | ) | |
| SUKHRAJ DHALIWAL | ) | |
| Defendant. | ) | |

Defendant SUKHRAJ DHALIWAL  hereby applies to this Court for an order disclosing the sealed transcripts of the in camera hearing held on January 5, 2009 to Defendant's counsel, W. Scott Quinlan.  Defendant's counsel was appointed to represent him and to prepare on his behalf post-trial motions for new trial and for an acquittal, and to represent him at sentencing. Defense counsel is in the process of requesting a copy of the transcript of the January 5, 2009 proceeding.

There is good cause for this application in that the transcript is of an in camera proceeding at which co-defendant's were excluded.  That hearing potentially dealt with

///

///

///

attorney/client and conflict of interest matters regarding payment of Mr. Faller's fee (counsel for Mr. Dhaliwal) by a co-defendant which should remain undisclosed to all but defendant's counsel.

Dated:  November 9, 2009                             Respectfully submitted,


                                                     /s/   W. Scott Quinlan
                                       W. Scott Quinlan, Attorney for Defendant
                                       SUKHRAJ DHALIWAL


Upon application of the defendant, and GOOD CAUSE APPEARING THEREFOR, it is ordered that the transcript of the in camera hearing held on January 5, 2009 shall be disclosed to counsel for Defendant SUKHRAJ DHALIWAL pending further order of this Court, the transcript shall remain under seal and counsel for Dhaliwal shall not disclose its contents without further order of the Court.

IT IS SO ORDERED


Dated: November 17, 2009                              /s/ OLIVER W. WANGER
                                                                       Honorable Oliver W. Wanger
                                                                       United States District Court Judge