W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
TELEPHONE: (559) 442-0634
FAX: (559) 233-6947

Attorney for Defendant SUKHRAJ DHALIWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>SUKHRAJ DHALIWAL<br><br>　　　　　　　Defendant. | Case No CR-08-0212 OWW<br><br>**EX PARTE APPLICATION FOR AN ORDER TO DISCLOSE THE SEALED TRANSCRIPT OF THE IN CAMERA HEARING HELD ON JUNE 23, 2009 AND ORDER THEREON** |

Defendant SUKHRAJ DHALIWAL hereby applies to this Court for an order disclosing the sealed transcripts of the in camera hearing held on June 23, 2009 to Defendant's counsel, W. Scott Quinlan. Defendant's counsel was appointed to represent him and to prepare on his behalf post-trial motions for new trial and for an acquittal, and to represent him at sentencing. Defense counsel is anticipating that a copy of that transcript will be available on Wednesday, November 18, 2009.

There is good cause for this application in that the transcript is of an in camera proceeding at which co-defendant's and the government were excluded and only Mr. Dhaliwal's counsel was present. That in camera proceeding is represented to be set forth at pages 1322 through 1326 and 1329 through 1346, inclusive, and related to the ramifications and

///

PDF created with pdfFactory trial version www.pdffactory.com

consequences of any alleged communications that occurred between the alleged co-conspirators after the time of arrest that would have been in furtherance of the conspiracy.

Dated:  November 17, 2009              Respectfully submitted,

        /s/   W. Scott Quinlan
W. Scott Quinlan, Attorney for Defendant
SUKHRAJ DHALIWAL

      Upon application of the defendant, and GOOD CAUSE APPEARING THEREFOR, it is ordered that the transcript of the in camera hearing held on June 23, 2009 at pages 1322 through 1326 and 1329through 1346, inclusive, shall be disclosed to counsel for Defendant SUKHRAJ DHALIWAL and not to co-defendants, co-defendant's counsel, or the government pending further order of this Court.

IT IS SO ORDERED

Dated: November 24, 2009                         /s/ OLIVER W. WANGER
                                                              Honorable Oliver W. Wanger
                                                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com