W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
TELEPHONE: (559) 442-0634
FAX: (559) 233-6947

Attorney for Defendant SUKHRAJ DHALIWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SUKHRAJ DHALIWAL<br><br>                    Defendant. | Case No CR-08-0212 OWW<br><br>**EX PARTE APPLICATION FOR AN ORDER TO ALLOW THE DEFENSE TO QUOTE VERBATIM SEALED COLLOQUY BETWEEN THE COURT, DEFENSE COUNSEL, AND THE DEFENDANT IN ORDER TO PROVIDE NOTICE TO THE GOVERNMENT OF WHAT IS BEING ARGUED IN DEFENDANT'S MOTION FOR NEW TRIAL AND ORDER** |

### APPLICATION

Defendant Sukhraj Dhaliwal is moving for a new trial through recently appointed counsel W. Scott Quinlan, your declarant. I have ordered and reviewed pertinent trial and motion transcripts of Mr. Dhaliwal's case. The hearing on the <u>Quintero</u> motion held on January 5, 2009 explored the potential conflict of interest caused by defense counsel Carl Faller's attorneys fees being paid by a co-defendant's business. The in camera hearing was sealed. The in camera hearing on September 21, 2009 during which Mr. Faller was relieved as counsel for Mr. Dhaliwal was also sealed.

By order of the Court the sealed transcripts of those in camera hearings were provided to me. I am making a motion for new trial and am quoting verbatim from portions of the January 5, 2009 colloquy between the Court, defense counsel Faller, and the Defendant Mr. Dhaliwal. I am

1  also referring in general to facts set forth by Mr. Faller in the September 21, 2009 sealed
2  transcript. I believe that these quoted and referred-to portions do not disclose any confidential
3  communication or any attorney-client or privileged matter. Quoting from that January 5, 2009
4  sealed transcript is intended to provide notice to the government of the factual basis for some of
5  Mr. Dhaliwal's arguments in support of the new trial motion. Referring to some of the matters
6  disclosed by Mr. Faller is intended to support some of the arguments referred to and to inform
7  the government of the factual basis for those arguments.
8      I declare under penalty of perjury that the foregoing is true and correct.
9      Executed this 21 day of December, 2009, at Fresno, California.

11     Respectfully submitted,

14     /s/ W. Scott Quinlan
    W. Scott Quinlan, Attorney for Defendant
15     SUKHRAJ DHALIWAL

18     Upon review of the ex parte application to allow use of portions of sealed transcripts
19 pertaining to Defendant Dhaliwal that were provided to his counsel, and GOOD CAUSE
20 APPEARING THEREFORE, IT IS HEREBY ORDERED that counsel for Mr. Dhaliwal may
21 disclose in his motion for new trial matters otherwise sealed from disclosure set forth in the
22 January 5, 2009 and September 21, 2009 transcript of proceedings pertaining to his client,
23 Sukhraj Dhaliwal.
24 IT IS SO ORDERED.

26 Dated: December 22, 2009     /s/ OLIVER W. WANGER
    Senior United States District Court Judge