W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
TELEPHONE:  (559) 442-0634
FAX: (559) 233-6947


Attorney for Defendant SUKHRAJ DHALIWAL


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No CR-08-0212 OWW |
| | ) | |
| | ) | |
| | ) | **ORDER TO DISCLOSE** |
| Plaintiffs, | ) | **SEALED TRANSCRIPTS OF** |
| | ) | **IN CAMERA HEARINGS TO** |
| vs. | ) | **DEFENSE COUNSEL FOR** |
| | ) | **MR. DHALIWAL AND TO** |
| SUKHRAJ DHALIWAL | ) | **GOVERNMENT COUNSEL** |
| | ) | **KAREN ESCOBAR** |
| Defendant. | ) | |

     Defendant Sukhraj Dhaliwal's application for an order to disclose sealed transcripts of in camera hearings came on regularly for hearing on April 19, 2010 before the Honorable Oliver W. Wanger.  The government appeared by its counsel Karen Escobar, Assistant United States Attorney and the Defendant appeared with his counsel W. Scott Quinlan.  Having read and considered the moving and responsive arguments submitted by the parties, and

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the February 23, 2009 sealed transcript shall be provided to government counsel and counsel for Mr. Dhaliwal, W. Scott Quinlan, for their use in Excerpts of Record to be provided to the Ninth Circuit Court of Appeal in connection with Mr. Dhaliwal's appeal of the judgment and sentence in this case, and to be referenced in the appellate briefs of the parties.

///

All in camera transcripts of proceedings filed in this Court in which Mr. Dhaliwal participated with his counsel are to remain under seal, including the February 23, 2009 transcript of in camera proceedings. Said transcripts may be used only by the government and Defendant Sukhraj Dhaliwal in the upcoming appeal as stated herein. Further, any copy of an Excerpts of Record and Appellate Brief required to be filed in this Court and that contains a reference to or a part of any sealed transcript in Mr. Dhaliwal's case, shall be filed in this Court under seal. This Order is without prejudice to Mr. Dhaliwal's assertion of attorney/client privilege as to matters set forth in the in camera transcripts.

IT IS SO ORDERED.

Dated:   **April 20, 2010**              **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE