UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Sukhraj Dhaliwal**<br>Docket Number:  1:08CR212-003<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Sukhraj Dhaliwal is requesting permission to travel to VPO Chimna, Tehsil Jagraon District Ludhiana, PB, India. Sukhraj Dhaliwal is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 22, 2010, Sukhraj Dhaliwal was sentenced for the offense(s) of 21 USC 841(a)(1), 841(b)(1)(A), and 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and 21 USC 841(a)(1), 841(b)(1)(A), and 846 - Attempted Possession with Intent to Distribute Cocaine.

**Sentence Imposed:**  120 months Bureau of Prison; 60 months Supervised Release; No Firearms; DNA collection; $200 Special Assessment.

**Dates and Mode of Travel:**  October 25, 2016 – November 28, 2016. Mr. Dhaliwal will fly out of Los Angeles International Airport.

**Purpose:** To escort his elderly father, Sukhdarsham Singh, back to India for heart disease treatment.

**RE:     Sukhraj Dhaliwal**
           **Docket Number:  1:08CR212-003**
           **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ J. C. Hill
J. C. Hill
United States Probation Officer

Dated:    September 23, 2016
          Bakersfield, California

/s/ Lonnie E. Stockton

**REVIEWED BY:     Lonnie E. Stockton**
                  **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒      Approved          ☐      Disapproved

IT IS SO ORDERED.

Dated:   September 28, 2016                    _____
                                                SENIOR  DISTRICT  JUDGE

2