UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| Honorable Anthony W. Ishii | RE: **Sukhraj Dhaliwal** |
|---|---|
| Senior United States District Judge | Docket Number: 0972 1:08CR00212-003 |
| Fresno, California | **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY** |

Your Honor:

Sukhraj Dhaliwal is requesting permission to travel to Punjab, India. Sukhraj Dhaliwal is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 22, 2010, Sukhraj Dhaliwal was sentenced for the offenses of 21 U.S.C. 841(a)(1), 841(b)(1)(A), and 846-Conspiracy to Distribute and to Possess With Intent to Distribute Cocaine; and 21 U.S.C. 841(a)(1), 841(b)(1)(A), and 846-Attempted Possession With Intent to Distribute Cocaine.

**Sentence Imposed:** 120 months Bureau of Prisons; 60 months Term of Supervised Release; No Firearms; DNA Collection; and $200 Special Assessment.

**Dates and Mode of Travel:** The defendant requests to travel from February 22, 2018 through March 30, 2018.

**Purpose:** The defendant advised his sister, who lives in Punjab, India is very ill and would like to be by her side.

1

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:	Sukhraj Dhaliwal
	Docket Number:  0972 1:08CR00212-003
	PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

Adrian Garcia
United States Probation Officer

Dated:	February 6, 2018
	Fresno, California


**REVIEWED BY:**	/s/ Tim D. Mechem
	**Tim D. Mechem
	Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved


IT IS SO ORDERED.

Dated:  February 8, 2018

SENIOR DISTRICT JUDGE

2

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX