UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Anthony W. Ishii  **RE:** **Sukhraj Dhaliwal**
Senior United States District Judge  **Docket Number: 0972 1:08CR00212-003**
Fresno, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Sukhraj Dhaliwal is requesting permission to travel to Punjab, India. Sukhraj Dhaliwal is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 22, 2010, Sukhraj Dhaliwal was sentenced for the offenses of 21 USC 841(a)(1), 841(b)(1)(A), and 846, Conspiracy to Distribute and to Possess With Intent to Distribute Cocaine; and 21 USC 841(a)(1), 841(b)(1)(A), and 846, Attempted Possession With Intent to Distribute Cocaine.

**Sentence Imposed:** 120 months Bureau of Prisons; 60 months Term of Supervised Release; No Firearms; DNA Collection; and $200 Special Assessment (Paid).

**Dates and Mode of Travel:** The defendant requests to travel from December 15, 2018, through January 27, 2019.

**Purpose:** The defendant advised his father is very ill and would like to be by his side.

1

**RE:** Sukhraj Dhaliwal
　　　**Docket Number: 0972 1:08CR00212-003**
　　　**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

Adrian Garcia
United States Probation Officer

Dated:　December 11, 2018
　　　　Fresno, California

**REVIEWED BY:**　　*Tim D. Mechem*
　　　　　　　　　　**Tim D. Mechem**
　　　　　　　　　　**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved　☐ Disapproved

IT IS SO ORDERED.

Dated: December 12, 2018　　　　　_____
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE